# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### UNITED STATES OF AMERICA

-vs-

**WILLIE C. BRATCHER**

Case Number: **6:02-cr-113-Orl-19DAB**

USM Number: **25026-018**

Clarence W. Counts, Jr., FPD

---

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant was found in violation of charge numbers One through Five of the term of supervision.  The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to Comply with the Home Detention Program | August 27, 2008 |
| Two | Failure to Comply with the Home Detention Program | August 28, 2008 |
| Two | Failure to Comply with the Home Detention Program | August 28, 2008 |
| Three | Failure to Comply with the Home Detention Program | August 29, 2008 |
| Four | Failure to Comply with the Home Detention Program | November 9, 2008 |
| Five | Failure to follow the instructions of the probation officer | October 22, 2008 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Date of Imposition of Sentence:

3/4/2009

**PATRICIA C. FAWSETT**
Senior United States District Judge

March _5_ ,2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Time Served**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

Willie C. Bratcher

DOCKET NO: 6:02-CR-113-ORL-19DAB

**Original Petition**

This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No. 99, filed November 18, 2008), Report and Recommendation of the United States Magistrate Judge (Doc. No. 114, filed January 16, 2009) and Order to Show Cause at Final Revocation Hearing (Doc. No. 116, filed January 22, 2009) at a hearing held January 14, 2009, attended by the Defendant, counsel for the Defendant, and counsel for the Government. The Report and Recommendation of the Magistrate Judge is ✓ adopted and approved or ✓ rejected ∠∠

**Adjudication**

The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty: <u>Yes</u>   or   <u>No</u>

| | | | |
|---|---|---|---|
| ☑ | ☐ | 1) | Failure to comply with the Home Detention Program in violation of the Special Condition: On August 27, 2008, the defendant was away from his residence from 7:00 pm until 7:39 pm, 7:58 pm until 8:08 pm, 8:13 pm until 8:16 pm, 9:35 pm until 9 (Grade C Violation) |
| ☑ | ☐ | 2) | Failure to comply with the Home Detention Program in violation of the Special Condition: On August 28, 2008, the defendant was away from his residence from 7:34 pm until 8:11 pm, 9:16 pm until 9:22 pm, 9:30 pm until 9:34 pm, without the prior approval of the Probation Officer (Grade C Violation) |
| ☑ | ☐ | 3) | Failure to comply with the Home Detention Program in violation of the Special Condition: On August 29, 2008, the defendant was away from his residence from 7:00 pm until 8:06 pm, without the prior approval of the Probation Officer (Grade C Violation) |
| ☑ | ☐ | 4) | Failure to comply with the Home Detention Program in violation of the Special Condition: On November 8, 2008, the defendant was away from |

1

his residence from 8:30 pm until 3:31 am on November 9, 2008, without the prior approval of the Probation Officer (Grade C Violation)

☑ ☐ 5) Failure to follow the instructions of the probation officer, in violation of Condition Three of the Standard Conditions of Supervision (Grade C Violation)

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable guidelines are:

__C__ is the Highest Grade violation, and

__II__ is the original Criminal History Category, which calls for

__4__ to __10__ months imprisonment, and

__36__ months is the Maximum Statutory penalty, and

__60__ months is the Maximum Statutory term of Supervised Release

**Objections**     Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing?

### SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf or have waived the opportunity to do so.

**Adoption of Report and Recommendation**     The Report and Recommendation of the United States Magistrate Judge (Doc. No. 114) is ADOPTED AND APPROVED, there being no objection filed.

**Petition Granted**     The Petition on Probation and Supervised Release (Doc. No. 99) is GRANTED and the defendant's supervised release (Doc. No. 61, filed February 24, 2003) is: *Revoked*

**Revoked**     The Court therefore ORDERS that the defendant's Supervised Release is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of _____ YEARS/MONTHS. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines.

3

**Remand To Custody**          The defendant is hereby remanded to the custody of the United States Marshal

to await designation by the Bureau of Prisons.

OR

**Voluntary Surrender**          The defendant may voluntarily surrender at the institution designated by the

Bureau of Prisons on or before Friday, _____.

If no designation is made by the Bureau of Prisons by _____,

the defendant shall surrender to the office of the United States Marshal on

_____ to be taken into custody. While awaiting designation the defendant

shall be released on bond and shall comply with all previously imposed standard

conditions of supervision in addition to the following conditions:

**Recommendation to Bureau of Prisons**          While in the custody of the U.S. Bureau of Prisons, it is requested but not

required that the defendant be afforded the following opportunities:

4

*Heville-45100*

**No New term of
Supervised
Release**

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

OR

**New term of
Supervised
Release**

Upon release from imprisonment, the defendant shall serve a _____ YEAR/MONTH term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

OR

**Reinstated to
Supervised
Release**

The defendant is hereby reinstated to supervision. All previous special conditions remain intact.

The defendant is hereby reinstated to supervision. The original term of supervision shall be extended for a period of _____. All previously ordered special conditions remain intact.

The defendant is hereby reinstated to supervision. The terms of supervision are modified to include the following special conditions:

## SPECIAL CONDITIONS

**Home
Detention**

The defendant shall participate in the Home Detention program for a period of ____ days. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the

5

Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug Aftercare**

The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

**Mental Health**

The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**RRC Confinement**

The defendant shall reside at the Residential Reentry Center (RRC) for a period of ___ days/months and shall observe the rules of that facility. While at the center, you shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the offender.

**Financial**

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, making acquisitions or obligating yourself for any major purchases without approval of the probation officer.

6

The defendant shall provide the probation officer access to any requested financial information.

**Community Service**

The defendant shall perform _____ hours of community service and follow the probation officer's instructions regarding the implementation of this court directive.

**Employment Restriction**

The defendant shall refrain from engaging in any employment related to

**DNA Collection Policy**

The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer.

**Waiver of Mandatory Drug Testing**

The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year.

**Mandatory Drug Testing**

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

**Factors Enumerated in 18 U.S.C. § 3553/Advisory Guidelines**

In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence.

**Final Objections**

The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Appeal of Sentence**

The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the

7

Notice of Appeal without such fee.

**Instructions to Clerk**     The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release.